Rory J. Linerud, OSB # 970061
rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHELLE VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CIVIL No. 3:24-CV-00353-SB<br><br>ORDER AWARDING FEES PURSUANT TO 42 U.S.C. § 406(b) |

Attorney fees in the amount of $14,851.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $8,200.00. After offset, the net amount of the attorney fee payable is $6,651.50. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $6,651.50 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this 15th day of October, 2026.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
United States Magistrate Judge